IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES GREGORY SEARS, # 269568, | ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 3:10cv1009-ID ) (WO) |
| CHERYL PRICE, *et al.*, | ) ) |
| Respondents. | ) |

**ORDER**

The petitioner has filed a motion for voluntary dismissal of the instant action pursuant to Rule 41 of the Federal Rules of Civil Procedure.[1]  (Doc. No. 15.)  Upon consideration of the petitioner's motion to dismiss, and for good cause, it is hereby ORDERED that:

1. The petitioner's motion to dismiss (Doc. No. 15) is GRANTED;

   and

2. This action is DISMISSED without prejudice.

DONE this the 27th day of June, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge previously entered an order advising the petitioner of the potential consequences of the dismissal of his action pursuant to a motion for voluntary dismissal.  (Doc. No. 14.)